# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br>vs.<br><br>MAINSTREAM INTERNATIONAL, INC.,<br><br>NATCO PRODUCTS CORP.,<br><br>PLUS MARK LLC,<br><br>Defendants. | <br><br><br><br><br><br><br><br>Adv. Proc. No. 25-50841 (TMH)<br><br>Adv. Proc. No. 25-50845 (TMH)<br><br>Adv. Proc. No. 25-50855 (TMH) |

**NOTICE OF AGENDA FOR HEARING ON SEPTEMBER 23, 2025**
**AT 11:00 A.M. (PREVAILING EASTERN TIME)**

*AS THERE ARE NO MATTERS GOING*
*FORWARD, THIS HEARING HAS BEEN CANCELED*

**RESOLVED MATTERS:**

1. *Amended First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Filed August 20, 2025; Docket No. 916;

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Adv. Proc. No. 25-50841 Docket No. 11; Adv. Proc. No. 25-50845 Docket No. 11; and Adv. Proc. No. 25-50855 Docket No. 9].

Response Deadline: September 3, 2025

Responses:  None

Related Documents:

(a)   Certificate of No Objection Regarding Amended First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements [Filed September 5, 2025; Docket No. 920; Adv. Proc. No. 25-50841 Docket No. 13; Adv. Proc. No. 25-50845 Docket No. 13; and Adv. Proc. No. 25-50855 Docket No. 11].

(b)   [Signed] Order Granting Amended First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements [Filed September 9, 2025; Docket No. 921; Adv. Proc. No. 25-50841 Docket No. 14; Adv. Proc. No. 25-50845 Docket No. 14; and Adv. Proc. No. 25-50855 Docket No. 12].

Status: The matter has been resolved.

Dated:  September 19, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
           pkeane@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*